# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 26, 2008

Charles R. Fulbruge III
Clerk

No. 07-60654
Summary Calendar

RAMON ROMERO FELIX

Petitioner

v.

MICHAEL B MUKASEY, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A34 691 212

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Ramon Romero Felix petitions this court for review of an order from the Board of Immigration Appeals (BIA). The BIA affirmed the Immigration Judge's decision granting the respondent's motion to pretermit Felix's request for a waiver of removal pursuant to former INA § 212(c) and ordering Felix removed from the United States. Felix contends that the BIA erred by determining that he was ineligible for relief pursuant to § 212(c). Specifically, he avers that he is entitled to § 212(c) relief because his sexual contact of a minor offense is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

comparable to a crime involving moral turpitude. Felix's arguments in support of his petition for review are foreclosed by our precedents. See Vo v. Gonzales, 482 F.3d 363 (5th Cir. 2007); Avilez-Granados v. Gonzales, 481 F.3d 869, 871-72 (5th Cir. 2007). Felix's petition for review is DENIED.